**Jennifer M. Gaddis**, OSB No. 071194
jgaddis@cityofsalem.net
City of Salem, Legal Department
555 Liberty St. SE, Room 205
Salem, Oregon 97301
Telephone: (503) 588-6003
Facsimile: (503) 361-2202
    Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOSE ARTEMIO CARMONA-PEREZ,<br><br>   Plaintiff,<br><br>    v.<br><br>CITY OF SALEM, MICHAEL BASKETT, DANIEL CHASE, and THOMAS AMMON,<br><br>   Defendants. | Case No. 6:20-CV-00186-AA<br><br>**AMENDED SUPPLEMENTAL DECLARATION OF JENNIFER M. GADDIS IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

    I, Jennifer M. Gaddis, hereby declare under penalty of perjury that the following is true and correct:

    1.    I am the attorney representing the defendants in this matter. This Supplemental Declaration is offered to present deposition transcript testimony to the Court in Support of the Defendants' Motion for Summary Judgment and Reply.

///

PAGE 1 – AMENDED SUPPLEMENTAL DECLARATION OF JENNIFER M. GADDIS IN SUPPORT OF
    DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

///

2. Attached to this declaration and marked "Exhibit C" is a true and correct copy of the transcript excerpts from the deposition of Defendant Michael Baskett taken on February 13, 2022, provided to me by certified court reporters Aufdermauer Pearce Court Reporting, Inc.

3. Attached to this declaration and marked "Exhibit D" is a true and correct copy of the transcript excerpts from the deposition of Plaintiff Jose Artemio Carmona-Perez taken on February 1, 2022, provided to me by certified court reporters Carr Court Reporting.

4. Attached to this declaration and marked "Exhibit E" is a true and correct copy of the transcript excerpts from the deposition of Defendant Thomas Ammon taken on April 18, 2022, provided to me by certified court reporters Aufdermauer Pearce Court Reporting, Inc.

5. Attached to this declaration and marked "Exhibit F" is a true and correct copy of the signed Judgment of Dismissal from the federal and state claims in United States District Court of the District of Oregon Case No. 6:19-cv-00069-MO and Marion County Circuit Court Case No. 22CV09486, respectively.

6. <u>Attached to this declaration and marked "Exhibit G" is a true and correct copy of plaintiff's indictment and warrant from Marion County Circuit Court, case number 15CR29439.</u>

**I hereby declare under penalty of perjury that the foregoing is true and correct.**

DATED this 20th day of October, 2022.

*s/ Jennifer M. Gaddis*
Jennifer M. Gaddis
